UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

NEUROLOGICAL SURGERY PRACTICE OF LONG ISLAND, PLLC,

                  Plaintiff,

        -against-

CIGNA HEALTH AND LIFE INSURANCE COMPANY and CONNECTICUT GENERAL LIFE INSURANCE COMPANY,

                  Defendants.

---------------------------------------------------------------- x

Case No. 2:21-cv-01549-JS-JMW

## **JOINT STATUS REPORT**

The parties, by their undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's March 31, 2026 Order directing the parties to meet and confer and file a Joint Status Report outlining the status of the case and, if any discovery remains, proposing a discovery schedule, and pursuant to the Court's April 9, 2026 Order extending the deadline to file this submission to April 15, 2026.

1. **Status of pleadings.**

   Plaintiff filed its Amended Complaint on April 8, 2026 (ECF No. 77). Defendants will file their response by May 22, 2026.

2. **Discovery status.**

   The stay of discovery has been lifted per the March 31, 2026 Order. The parties have begun meeting and conferring regarding the scope of remaining discovery (including any remaining written discovery, depositions, and expert discovery).

3. **Proposed schedule.**

   To the extent discovery remains, and to ensure the orderly and efficient completion of discovery, the parties jointly propose the following schedule:

| | |
|---|---|
| Completion of written discovery | **July 8, 2026** |
| Completion of fact depositions | **September 30, 2026** |
| Plaintiff expert reports (if any) | **October 19, 2026** |
| Defendants' expert reports (if any) | **November 16, 2026** |
| Completion of expert depositions / expert discovery | **November 30, 2026** |
| Close of all discovery | **November 30, 2026** |
| Deadline to file motion for summary judgment | **December 21, 2026** |

Dated: April 17, 2026

*/s/ Roy W. Breitenbach*
Harris Beach Murtha Cullina PLLC
333 Earle Ovington Boulevard, Suite 901
Uniondale, New York 11553
Tel. No.: (516) 880-8484
E-Mail: RBreitenbach@HarrisBeach.com
*Attorneys for Plaintiff*
*Neurological Surgery Practice of Long Island, PLLC*

*/s/ Matthew P. Mazzola*
Robinson & Cole LLP
666 Third Avenue, 20th Floor
New York, NY 10017
Tel. No.: (212) 451-2900
E-mail: mmazzola@rc.com
*Attorneys for Defendants*
*Cigna Health and Life Insurance Company and*
*Connecticut General Life Insurance Company*