Robinson+Cole

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

Also admitted in Florida
and New Jersey

November 16, 2026

(*Via ECF*)
Hon. James M. Wicks
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

**Re:** ***Neurological Surgical Practice of Long Island PLLC v. Cigna Health and Life Insurance Company, et. al.*****, Case No. 2:21-cv-01549 (JS)(JMW)**

Dear Judge Wicks:

This office represents Defendants Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company (collectively, "Defendants") in the above-referenced matter. Defendants respectfully request that the Court permit their client representative to participate in the November 17, 2026 settlement conference by Zoom or telephone.

At the September 30, 2026 Status Conference, the parties requested that the Court schedule a settlement conference. In discussing the conference, I advised the Court that I could appear on November 17, 2026, and requested that Defendants' client representative be permitted to participate remotely by Zoom or telephone. I understood the Court to approve that request and did not believe a formal written request was necessary. Earlier today, I contacted Chambers to obtain the remote-access information. The Court's Clerk suggested that I submit this letter because the September 30, 2026 minute entry does not reflect the request. Accordingly, out of an abundance of caution, Defendants formally renew their request for permission for their client representative to participate in the November 17, 2026 settlement conference by Zoom or telephone. If my understanding of the Court's prior response was incorrect, I apologize for any confusion. Before submitted this letter I conferred with Plaintiff's counsel and he consents to the relief requested.

I appreciate your attention to this request.

Respectfully submitted,

Matthew P. Mazzola

cc: All Counsel of Record (*via* Email)