Robinson+Cole

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

Also admitted in Florida
and New Jersey

November 25, 2026

(*Via ECF*)

Hon. James M. Wicks
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

**Re:** ***Neurological Surgical Practice of Long Island PLLC v. Cigna Health and Life Insurance Company, et al*****., Case No. 2:21-cv-01549 (JS)(JMW)**

Dear Judge Wicks:

This office represents Defendants Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company (collectively, "Defendants") in the above-referenced matter.

Pursuant to the Court's November 17, 2026 Order, the parties met and conferred regarding the timing for Defendants to provide Plaintiff with a detailed spreadsheet. The parties agreed that Defendants will provide Plaintiff with the spreadsheet, itemizing each claim by claim-specific defenses, no later than January 7, 2027. Per the Order, Defendants will also email the spreadsheet to the Chambers e-mail address.

Respectfully submitted,

Matthew P. Mazzola

cc: All Counsel of Record (*via* Email)